# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3276

_____

DAVID MORAN,

Appellant,

v.

STATE BOARD OF
ADMINISTRATION,

Appellee.

_____


On appeal from an order of the State Board of Administration.
Daniel Beard, Judge.

November 28, 2018

PER CURIAM.

DISMISSED.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert A. Rush, Gainesville, for Appellant.

Brandice D. Dickson of Pennington, P.A., Tallahassee, for Appellee.